UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CHARLES R. MACKENZIE,                                       :
:
                            Plaintiff,      :
:            21-CV-5711 (VSB)
         -against-                                         :
:                **ORDER**
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION et al.,                                           :
:
                           Defendants.   :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On October 28, 2021, Defendants filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b).  (Doc. 16.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby:

       ORDERED that Plaintiff shall file any amended complaint by November 18, 2021.  It is unlikely that Plaintiff will have a further opportunity to amend.

       IT IS FURTHER ORDERED that if no amended complaint is filed, Plaintiff shall serve any opposition to the motion to dismiss by November 27, 2021.  Defendants' reply, if any, shall be served by December 11, 2021.

SO ORDERED.

Dated:  October 29, 2021
         New York, New York

                                                                     Vernon S. Broderick
                                                                     United States District Judge