UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES R. MACKENZIE,

        Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

        Defendants.

21-CV-5711 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

        The Court has received and reviewed the parties' joint letter dated February 16, 2024 (Ltr.) (Dkt. 62) requesting an extension of their February 28, 2024 deadline to complete all remaining fact discovery, including depositions. Plaintiff requests that the fact discovery deadline be extended to May 15, 2024. Ltr. at 3. Defendants do not propose any specific new deadline. Consequently, it is hereby ORDERED that the deadline for fact discovery, and all discovery, is EXTENDED to **May 15, 2024**. No further extensions of that deadline will be granted absent compelling circumstances. The deadlines set forth in the Court's Initial Case Management Order dated July 18, 2023 (Dkt. 53) are otherwise unchanged.

        Now that plaintiff is represented by counsel, he shall promptly serve updated Rule 26(a)(1)(A)(i) disclosures, *see* Fed. R. Civ. P. 26(e), in which he identifies persons likely to have discoverable information.

        It is further ORDERED that Judge Moses will conduct a status conference on **May 7, 2024, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **April 30, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
        February 21, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**