USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES R. MACKENZIE,

    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

    Defendants.

21-CV-5711 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's status conference, it is hereby ORDERED that, **no later than August 20, 2024**, plaintiff must convey to defendants an updated settlement proposal. **No later than August 23, 2024**, the parties must then file a joint letter advising the Court as to whether they believe that a judicially-supervised settlement conference would be productive.

Dated: New York, New York
      August 13, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**