```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES R. MACKENZIE,

        Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

        Defendants.

21-CV-5711 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As a precondition for today's settlement conference, each party was required to "convey to each opposing party at least one good-faith settlement demand or offer[.]" (Dkt. 80 ¶ 2.) The Court has reviewed the parties' confidential pre-settlement letters, and it appears that defendants have not conveyed any offer to plaintiff. It is hereby ORDERED that defendants must convey a good-faith offer to plaintiff <u>before</u> today's conference, and confirm, at the outset of the conference, that the offer was made.

Dated: New York, New York
      September 18, 2024

                           **SO ORDERED**.

                           _____

                           **BARBARA MOSES**
                           **United States Magistrate Judge**