UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

CHARLES R. MACKENZIE,

                              Plaintiff,

           -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, KETLER LOUISSANT, Superintendent of District 75, and GREER PHILLIPS, Principal of P.S. M079, the Horan School,

                              Defendants.
--------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Case No. 1: 21-CV-05711-LTS-BCM

IT IS HEREBY STIPULATED AND AGREED, by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice and without costs, expenses, or fees of any kind to any party.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and that faxed or electronic signatures shall be deemed original signatures.

Dated: New York, New York
       October 2, 2024

**BRYAN D. GLASS**
Glass & Hogrogian LLP

*Attorneys for Plaintiff*
85 Broad Street, 17th Floor, @ WeWork
New York, New York 10004
(212) 537-6859
bglass@ghnylaw.com


By: _____/s/ Bryan D. Glass_____
      Bryan D. Glass

**MURIEL GOODE-TRUFANT**
Acting Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street, Room 2-104
New York, New York 10007
(212) 356-0839
zellis@law.nyc.gov


By: _____/s/ Z. Ellis_____
      Zachary T. Ellis
      Assistant Corporation Counsel

**SO ORDERED:**

/s/ Laura Taylor Swain
_____
         Chief USDJ

Dated: October 16, 2024
       New York, NY